AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

DJF 12/25/11

United States of America
v.
Benjamin Giron-Galaviz,
a.k.a. Benjamin Giron,
a.k.a.: Angel Giron-Galaviz,
(A 099 835 922)
*Defendant*

Case No. 11-6702M

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 26, 2011, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Benjamin Giron-Galaviz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 2, 2006, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a) and enhanced by (b)(1).

I further state that I am an Immigration Enforcement Agent.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: E. Whiffen, P.S. for AUSA Jane E. McLaughlin

☒ Continued on the attached sheet.

M. McGuire
*Complainant's signature*

Myriam R. McGuire, Immigration Enforcement Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 28, 2011

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

**STATEMENT OF PROBABLE CAUSE**

I, Myriam R. McGuire, being duly sworn, hereby depose and state as follows:

1. Your affiant is an Immigration Enforcement Agent with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 26, 2011, Benjamin Giron-Galaviz was arrested by the Phoenix Police Department and booked into the Maricopa County Jail on local charges. While incarcerated at the Maricopa County Jail, Giron-Galaviz was examined by Sheriff's officers designated with the authority to determine alienage under the Immigration and Nationality Act, Section 287(g). Sheriff's officers determined Giron-Galaviz to be a Mexican citizen, unlawfully present in the United States. On the same date, an immigration detainer was lodged on Giron-Galaviz with the county jail. On December 25, 2011, Giron-Galaviz was released to ICE custody and transported to the Phoenix ICE office for further investigation and processing.

3. Immigration history checks revealed Benjamin Giron-Galaviz to be a citizen of Mexico and a previously deported alien. Giron-Galaviz was removed from the United States to Mexico through Nogales, Arizona, on or about November 2, 2006, pursuant

to an order of removal issued by an immigration judge. There is no record of Benjamin Giron-Galaviz in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Giron-Galaviz's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Benjamin Giron-Galaviz was convicted of Unlawful Flight from Law Enforcement, a felony offense, on October 26, 2006, in the Superior Court of Arizona, Maricopa County. Giron-Galaviz was sentenced to thirty (30) days incarceration and eighteen (18) months probation. Giron-Galaviz' criminal history was matched to him by electronic fingerprint comparison.

5. On December 27, 2011, Benjamin Giron-Galaviz was advised of his constitutional rights. Contreras- Rubio-Aguilar invoked his constitutional rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that, on or about November 26, 2011, Benjamin Giron-Galaviz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 2, 2006, and not having obtained

the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a) and enhanced by (b)(1) .

Myriam R. McGuire, Immigration
Enforcement Agent, Immigration and
Customs Enforcement

Sworn to and subscribed before me
this 28th day of December 2011.

David K. Duncan,
United States Magistrate Judge